**Order entered May 28, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00161-CV

## IN THE INTEREST OF P.Z.F., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00558-X**

## ORDER

Before the Court is appellant's May 26, 2021 motion to extend time for filing his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 14, 2021. **Because this is an accelerated appeal in a parental termination case, we caution that further extension requests will not be granted absent exigent circumstances.**

/s/    ERIN A. NOWELL
         JUSTICE